JANUARY 26, 1998

No. 97–743. KING v. ILLINOIS BOARD OF ELECTIONS ET AL. Affirmed on appeal from D. C. N. D. Ill. JUSTICE SCALIA, JUSTICE KENNEDY, and JUSTICE THOMAS would note probable jurisdiction and set case for oral argument.

No. A–481. QUARTERMANN v. QUARTERMANN. Sup. Ct. Ga. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–489. BREWER v. MARSHALL. Application for bail, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–1856. IN RE DISBARMENT OF PROCTOR. Disbarment entered. [For earlier order herein, see ante, p. 910.]

No. D–1879. IN RE DISBARMENT OF BERNSTEIN. Disbarment entered. [For earlier order herein, see ante, p. 993.]

No. D–1908. IN RE DISBARMENT OF TRAMMEL. George Ward Trammell III, of Long Beach, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 96–1829. MONTANA ET AL. v. CROW TRIBE OF INDIANS ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 912.] Motion of the Solicitor General for divided argument granted.

No. 97–16. OHIO FORESTRY ASSN., INC. v. SIERRA CLUB ET AL. C. A. 6th Cir. [Certiorari granted, ante, p. 931.] Motion of the Solicitor General for divided argument granted to be divided as follows: petitioner, 15 minutes; the Solicitor General, 15 minutes; respondents, 30 minutes.